and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADEN H. ROBERTS, Respondent, v. BERNICEDALE COAL COMPANY, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VILLAGE OF WESTFIELD, Relator, v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, and CHAUTAUQUA TRACTION COMPANY, Defendants.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

ELIZABETH V. BAILEY, Respondent, v. GALUSHA'S COMPANY and BIERCE BAILEY, Appellants, Impleaded with BEULAH BAILEY and Another.— Order unanimously affirmed, with ten dollars costs and disbursements, and with leave to appellants to answer within twenty days on payment of such costs and of the costs awarded at Special Term.

THE FOUNDATION COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Decision, order of reversal and remittitur amended by adding thereto that the judgment is reversed upon the law and facts, the court disapproving of the fourth, fifth, sixth, eighth, ninth, tenth, eleventh, twelfth and thirteenth findings of fact. [See 193 App. Div. 513.]

JOHN KNICKERBACKER, Appellant, v. JOSEPHINE BOOTIER, Respondent. — Order unanimously affirmed, with ten dollars costs and disbursements. Van Kirk, J., not sitting.

JOHN J. KELLY, Appellant, v. NATIONAL BANK OF WHITEHALL, Respondent. — Appeal dismissed, without costs of this appeal, by the consent of both parties. Van Kirk, J., not sitting.

CHARLES VICTOR LIVINGSTON, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion denied, both for want of power and as a matter of discretion.

MARY E. LEAVY, Appellant, v. JOHN KNICKERBACKER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Van Kirk, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM KUMPF, Respondent, for Compensation under the Workmen's Compensation Law, v. TASHENBERG BROTHERS, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurer, Appellants. —Award affirmed. All concur, except Woodward, J., dissenting; Henry T. Kellogg, J., not sitting.

In the Matter of the Application of RALPH BALDUCCI, Landlord, Respondent, for the Removal from Certain Premises of HERMAN RAKOV, Tenant, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. PHŒBE DICKINSON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES DICKINSON, v. KEE LOX MANUFACTURING COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY E. CASTOR, Respondent, for Compensation to Herself